UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH GAIL HAYDEN,<br>        Plaintiff,<br>   vs.<br><br>CARLA J. MARTIN, Individually,<br>        Defendant | )<br>)<br>)<br>)<br>) Case No.:  1:06 CV 811-RWR<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF CORRECTION</u>**

    Plaintiff, by undersigned counsel provides this Notice of Correction pursuant to Local Civil Rule 11.1.  The full residence address of the plaintiff is:

    Elizabeth Gail Hayden
    16 A Louisberg Square
    Boston, MA 02108

    Respectfully Submitted,

    <u>/s/ Mary Schiavo</u>
    Mary Schiavo
    DC Bar No. 440175
    Motley Rice, LLC
    28 Bridgeside Blvd.,
    P.O. Box 1792
    Mt. Pleasant, SC 29465
    (843) 216-9000